

**FILED**

MAY 02 2018

Clerk, US Bankruptcy Court
District Of Montana

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF A SILVER-COLORED LG VERIZON CELLULAR TELEPHONE, CURRENTLY LOCATED AT HSI GREAT FALLS | MJ 18-30-GF-JTJ<br><br>ORDER |

Based on motion of the United States and good cause appearing,

IT IS HEREBY ORDERED that this case and all pleadings in it, including the Application and Affidavit for Search Warrant and Search Warrants filed herein, are SEALED.

IT IS FURTHER ORDERED that this case is unsealed for the limited purposes of providing copies of documents in discovery, upon initial appearance on an Indictment by any defendant related to this search warrant and service/receipt of request for discovery by defense counsel, pursuant to Fed. R. Crim. P. 16.

DATED this 1st day of May 2018.

HON. JOHN T. JOHNSTON
U.S. Magistrate Judge